UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GARY DANIEL RODGERS | CIVIL ACTION |
| VERSUS | NO. 15-2642 |
| JEFFERSON PARISH SHERIFF'S OFFICE ET AL. | SECTION "F"(2) |

## ORDER

The Court having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and plaintiff's objections to the Magistrate Judge's Report and Recommendations, Record Doc. Nos. 34 and 48, hereby approves the Report and Recommendations of the United States Magistrate Judge and adopts them as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's Motion to Reopen this case, Record Doc. No. 40, is GRANTED IN PART as to defendants Roney McIntyre, Jr., Jairus Boudoin and Jamal Perrier and DENIED IN PART as to defendant Sheriff Newell Normand.

The Court having been advised by plaintiff and counsel for the Sheriff that plaintiff and Sheriff Normand have firmly agreed upon a compromise between themselves only, **IT IS FURTHER ORDERED** that the action between plaintiff and Sheriff Normand only be and it is hereby dismissed without costs and without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time. The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

**IT IS FURTHER ORDERED** that plaintiff's Motion for Entry of Default, Record Doc. No. 47, is DENIED.

**IT IS FURTHER ORDERED** that the Court hereby approves the previously issued Report and Recommendation of the United States Magistrate Judge, Record Doc. No. 34, and adopts it as its opinion in this matter. Therefore, defendants Roney McIntyre, Jr. and Jairus Boudoin are dismissed with<u>out</u> prejudice in accordance with Rule 4(m) of the Federal Rules of Civil Procedure.

New Orleans, Louisiana, this __19th__ day of ___August___, 2016.

_____
UNITED STATES DISTRICT JUDGE