UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GARY DANIEL RODGERS                    CIVIL ACTION

VERSUS                                 NO. 15-2642

JEFFERSON PARISH                       SECTION "F"(2)
SHERIFF OFFICE ET AL.

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Findings and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Findings and Recommendation, hereby approves the Findings and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

**IT IS ORDERED** that plaintiff's motion for summary judgment is DENIED.

**IT IS FURTHER ORDERED** that plaintiff's claims against defendants, Jefferson Parish Sheriff Newell Normand and Jamal Perrier, are hereby **DISMISSED WITH PREJUDICE.** Plaintiff must bear all costs. Judgment will be separately entered.

New Orleans, Louisiana, this __17th__ day of __February__, 2017.

UNITED STATES DISTRICT JUDGE